IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAZEN DIAB, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br>    PLAINTIFF, <br><br> V. <br><br> SYNERGY ONE LENDING, INC. AND MUTUAL OF OMAHA MORTGAGE, INC., <br>    DEFENDANTS. | § § § § § § § § § § § § | CAUSE NO. 1:20-CV-536-LY |

**FINAL JUDGMENT**

Before the court is the above-styled and numbered cause. On October 12, 2020, the parties filed a Joint Stipulation of Dismissal With Prejudice (Doc. #10) which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _14th_ day of October, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE